IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 18 2016

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16-CR-29 |
| | § | (Judge Schneider) |
| RAMON ADRIAN NOLEN (01) | § | |
| MONTIE DELOIS DENNIS (02) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: 18 U.S.C. § 472
[Uttering Counterfeited Obligations of
the United States]

On or about March 9, 2016, in Smith County, in the Eastern District of Texas, defendant **Ramon Adrian Nolen** with intent to defraud, did pass, utter, and publish to an employee of Walmart located at 3820 State Highway 64 West, Tyler, Texas, falsely made, forged, altered, and counterfeited obligations of the United States; that is, Federal Reserve Notes in the denomination of twenty dollars ($20), which he then knew to be falsely made, forged, altered, and counterfeited.

All in violation of 18 U.S.C. § 472.

Indictment – Page 1

## COUNT 2

<u>Violation</u>: 18 U.S.C. § 472
[Uttering Counterfeited Obligations of the United States]

On or about March 10, 2016, in Smith County, in the Eastern District of Texas, defendant **Ramon Adrian Nolen**, with intent to defraud, did pass, utter, and publish to an employee of Dairy Queen located at 3250 W. Gentry Parkway, Tyler, Texas, falsely made, forged, altered, and counterfeited obligations of the United States; that is, a Federal Reserve Note in the denomination of twenty dollars ($20), which he then knew to be falsely made, forged, altered, and counterfeited.

All in violation of 18 U.S.C. § 472.

## COUNT 3

<u>Violation</u>: 18 U.S.C. §§ 472 and 2
[Possession of Counterfeited Obligations of
the United States and Aiding and Abetting]

On or about March 10, 2016, in Smith County, in the Eastern District of Texas, defendants **Ramon Adrian Nolen** and **Montie Delois Dennis**, aided and abetted by each other, with intent to defraud, did possess falsely made, forged, altered, and counterfeited obligations of the United States; that is, Federal Reserve Notes in the denominations of ten dollars ($10), twenty dollars ($20) and one hundred dollars ($100), which they then knew to be falsely made, forged, altered, and counterfeited.

All in violation of 18 U.S.C. §§ 472 and 2.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### 18 U.S.C. §§ 492, 982(a)(2) and 28 U.S.C. § 2461

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States any counterfeiting paraphernalia pursuant to 18 U.S.C. § 492.

Further, pursuant to 18 U.S.C. § 982(a)(2) and 28 U.S.C. § 2461, the defendant shall forfeit to the United States all property, real or personal, involved in or traceable to property involved in the offense, including proceeds obtained directly or indirectly from the offense.

If any property subject to forfeiture, as a result of any act or omission by the defendant:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with a third party;
    (c)    has been placed beyond the jurisdiction of the court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

A TRUE BILL

_____5/18/16_____                              _____
Date:                                                  GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16-CR-____ |
| | § | (Judge Schneider) |
| RAMON ADRIAN NOLEN (01) | § | |
| MONTIE DELOIS DENNIS (02) | § | |

## NOTICE OF PENALTY

### COUNTS 1-3

VIOLATION:            18 U.S.C. § 472

Imprisonment for not more than 20 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:   $100.00